NOTE:  This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2007-7313

DOROTHY M. HARRIS,

Claimant-Appellant,

v.

JAMES B. PEAKE M.D., Secretary of Veterans Affairs,

Respondent-Appellee.

Robert M. Hodges, of Chicago, Illinois, argued for claimant-appellant.

Lauren S. Moore, Trial Attorney, Commercial Litigation Branch, Civil Division, United States Department of Justice, of Washington, DC, argued for respondent-appellee.  With her on the brief were Jeffrey S. Bucholtz, Acting Assistant Attorney General, Jeanne E. Davidson, Director, and Steven J. Gillingham, Assistant Director.  Of counsel on the brief were David J. Barrans, Deputy Assistant General Counsel, and Y. Ken Lee, Attorney, United State Department of Veterans Affairs, of Washington, DC.  Of counsel was Ethan G. Kalett, United States Department of Veterans Affairs.

Appealed from:  United States Court of Appeals for Veterans Claims

Judge Mary J. Schoelen

NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2007-7313

DOROTHY M. HARRIS,

Claimant-Appellant,

v.

JAMES B. PEAKE, M.D., Secretary of Veterans Affairs,

Respondent-Appellee.

# Judgment

ON APPEAL from the     United States Court of Appeals for Veterans Claims

in CASE NO(S).     05-1695.

This CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

Per Curiam (MAYER and LINN, Circuit Judges and ILLSTON, District Judge.*)

AFFIRMED. See Fed. Cir. R. 36.

ENTERED BY ORDER OF THE COURT

DATED August 11, 2008     /s/ Jan Horbaly
          Jan Horbaly, Clerk

* Honorable Susan Yvonne Illston, District Judge, United States District Court for the District of Northern California, sitting by designation.